UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VINCENT RODRIGUEZ,

    Plaintiff,

v.                                             Case No.: 2:22-cv-48-SPC-NPM

GARTNER INC.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant Gartner Inc.'s Unopposed Motion to Compel Arbitration and Stay Proceedings Pending Arbitration. (Doc. 13). Plaintiff Vincent Rodriguez sues Gartner, his former employer, for workplace discrimination and retaliation under the Florida Civil Rights Act of 1992. (Doc. 3). The case was in state court until Gartner removed it here based on diversity jurisdiction. (Doc. 1). The parties now agree that Plaintiff is contractually bound to arbitrate his claims per the arbitration provision in his Agreement Regarding Certain Conditions of Employment. (Doc. 13-1 at 8-9). So, having considered the Motion and record against the applicable law, and

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

acknowledging that Plaintiff does not opposes the relief sought, the Court will send this action to arbitration.

Accordingly, it is now

**ORDERED:**

Defendant Gartner Inc.'s Unopposed Motion to Compel Arbitration and Stay Proceedings Pending Arbitration (Doc. 13) is **GRANTED**.

1. The claims asserted by Plaintiff Vincent Rodriguez must be arbitrated.
2. This case is **STAYED** pending completion of arbitration.
3. The parties are **DIRECTED** to jointly notify the Court when arbitration has ended and if the stay is due to be lifted within **seven days** of arbitration ending.
4. The parties are **DIRECTED** to file a joint report on the status of arbitration on or before **June 1, 2022**, and every ninety days after until the Court says otherwise.
5. The Clerk is **DIRECTED** to add a stay flag to the file.

**DONE** and **ORDERED** in Fort Myers, Florida on March 3, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record